```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -                   :    INDICTMENT

CESAR R. VILLALOBOS-MORA,        :    07 CRIM. 800
    a/k/a "Cesar R. Villalobos," :
    a/k/a "Pedro V. Delosrios,"  :
                                 :
                                 :
            Defendant.           :

- - - - - - - - - - - - - - - - x
```



*Judge Buchwald*

## COUNT ONE

The Grand Jury charges:

From at least on or about June 5, 2007, up to the time of the filing of this indictment, in the Southern District of New York and elsewhere, CESAR R. VILLALOBOS-MORA, a/k/a "Cesar R. Villalobos," a/k/a "Pedro V. Delosrios," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of a felony, to wit, a conviction on or about July 25, 2006, for Grand Larceny in the Third Degree, in violation of New York Penal Law § 155.35, in New York State Supreme Court, Queens County, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the

Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a) and (b)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CESAR R. VILLALOBOS-MORA,
a/k/a "Cesar R. Villalobos,"
a/k/a "Pedro V. Delosrios,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) and (b)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

Filed indictment. A/W issued for Def. Villalobos-Mora. Case assigned to Judge Buchwald.

SRM 8/22/07

—Francis, J.